UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA M JOHNSON,<br><br>               Plaintiff,<br><br>     v.<br><br>UNITED STATES, DEPARTMENT OF SOCIAL HEALTH, DEPARTMENT OF CHILD SUPPORT, CITY OF TACOMA, OAH,<br><br>               Defendants. | CASE NO. C21-5242 MJP<br><br>ORDER DECLINING TO SERVE COMPLAINT AND GRANTING LEAVE TO AMEND |

Plaintiff has filed a civil complaint with this court. The Court, having reviewed the complaint and record, does hereby find and ORDER that the complaint is defective for the following reasons:

    (1)     Rule 8(a) of the Federal Rules of Civil Procedure provide that

> A pleading that states a claim for relief must contain: (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a).

Plaintiff's complaint does not comply with any of the requirements set forth in Rule 8(a). The complaint does not set forth a plain statement of the factual allegations, the basis for the Court's jurisdiction, or the reasons Plaintiff is entitled to relief. If Plaintiff wishes to proceed with this action, she must specifically identify the basis for this Court's jurisdiction. In addition, she must provide the Court with a clear statement of the factual allegations relevant to her claim, and she must provide a clear and concise demand for relief.

(2) Plaintiff may file an amended complaint curing the above-mentioned deficiencies within thirty days of the date on which this Order is signed. The amended complaint must be legible and must be sufficiently clear to produce a readable scanned image. In addition, the amended complaint must carry the same case number as this one. If no amended complaint is timely filed, the Court will recommend that this matter be dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff is advised that an amended pleading operates as a complete substitute for an original pleading. See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992) (citing Hal Roach Studies, Inc. v. Richard Feiner & Co., Inc., 896 F.2d 1552, 1546 (9th Cir. 1990) (as amended), cert. denied, 506 U.S.915 (1992). Thus, if Plaintiff chooses to file an amended complaint, the Court will not consider her original complaint.

(3) The Clerk is directed to send Plaintiff the appropriate forms so that she may file an amended complaint. The Clerk is further directed to send copies of this Order, and of the General Order, to Plaintiff.

(4) Plaintiff has emailed various materials to pechmanorders@wawd.uscourts.gov, which have not and will not be considered received or filed. Plaintiff is advised that any future

filings submitted in this matter must be mailed or delivered to the drop box in the lobby of the courthouse in order for them to be posted to the docket. Plaintiff may also register for electronic filing and file matters on the docket through the Court's CM/ECF system. If Plaintiff wishes to do so, she must complete the registration process. If Plaintiff needs assistance with completing the registration process, please contact the ECF Team @ ECF Support US District Court, Western Washington 206-370-8440 (choose option 2) cmecf@wawd.uscourts.gov.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated June 22, 2021.

Marsha J. Pechman
United States Senior District Judge