UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA M JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES, DEPARTMENT OF SOCIAL HEALTH, DEPARTMENT OF CHILD SUPPORT, CITY OF TACOMA, OAH,<br><br>                Defendants. | CASE NO. C21-5242 MJP<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiff's Motion for Default Judgment. (Dkt. No. 6.) The Court has reviewed the Motion and all supporting materials, and DENIES the Motion. By separate order, the Court has declined to serve Plaintiff's proposed complaint for failure to comply with Federal Rule of Civil Procedure 8. As such, there is no pending complaint to be served. Even if there were, Plaintiff has not demonstrated proper service of process in compliance with Federal Rule of Civil Procedure 4 and proof of such service. That is an alternative basis for denial of the Motion.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated June 22, 2021.

*Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge