UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA M JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>                Defendants. | CASE NO. C21-5242 MJP<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on Plaintiff's Motion for Reconsideration of the Court's Order of Dismissal. (Dkt. No. 29.) Having reviewed the Motion and the supporting materials, the Court DENIES the Motion.

Motions for reconsideration are disfavored. See Local Rule 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Id.

In her motion for reconsideration, Plaintiff fails to identify any manifest error or new facts or authority that could not have been earlier identified that warrant reconsideration. Construing the Motion liberally in Plaintiff's favor, the Court is unable to identify any cogent basis for reconsideration, and the Court remains convinced that dismissal of this action is appropriate. The Court therefore DENIES the Motion for Reconsideration. The Court also terminates Plaintiff's "Motion for Writ of Execution" (Dkt. No. 28) given the fact the Court has dismissed this action in full.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated September 14, 2021.

Marsha J. Pechman
United States Senior District Judge