1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10   BRENDA M JOHNSON,                      CASE NO. C21-5242 MJP

11                    Plaintiff,            ORDER DENYING MOTION TO
                                            STAY
12        v.

13   UNITED STATES, et al.,

14                    Defendants.

15

16        This matter comes before the Court on Plaintiff's Motion to Stay. (Dkt. No. 38.) Having

17   reviewed the Motion and the balance of the record, the Court DENIES the Motion.

18        Plaintiff asks the Court to stay this matter pending her appeal pursuant to Fed. R. Civ. P.

19   62(g). (Mot. at 1.) Plaintiff's request cannot be granted. The Court dismissed Plaintiff's second

20   amended complaint and entered judgment dismissing this matter with prejudice. (Dkt. Nos. 26,

21   27.) There are therefore no proceedings before this Court to stay while Plaintiff pursues her

22   appeal. The Court therefore DENIES the Motion.

23   \\

24

ORDER DENYING MOTION TO STAY - 1

1  The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2  Dated October 8, 2021.

3

4  Marsha J. Pechman
   United States Senior District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING MOTION TO STAY - 2