UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA M JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>                Defendants. | CASE NO. C21-5242 MJP<br><br>ORDER ON MOTIONS |

This matter comes before the Court on Plaintiff's Objection and Remand (Dkt. No. 40), Motion to Recuse (Dkt. No. 42), and "Motion of Limine and Motion Multidistrict" (Dkt. No. 43). Having reviewed and considered these three Motions and relevant record, the Court DENIES the Motions.

Based on the Court's review and understanding of the three Motions, Plaintiff seeks a variety of relief. This includes a request for recusal, an objection to the Court's dismissal order, a request for removal, a request for consolidation, and a request for an order prohibiting interference with Plaintiff's right to petition the courts. (Dkt. Nos. 40, 42, 43.)

There are two procedural facts that impact Plaintiff's Motions. First, the Court has already rejected Plaintiff's request for recusal, and the Chief Judge of this District affirmed that decision. (See Dkt. Nos. 14, 15, 18.) Second, the Court entered an order dismissing this action with prejudice and judgment was separately entered to that same effect. (See Dkt. Nos. 26, 27.) Plaintiff then filed a notice of appeal. (Dkt. No. 30.) The appeal is still pending. (See Johnson v. USA, C21-35761 Docket (9th Cir. 2021) (last visited Jan. 4, 2022).)

Because Plaintiff's appeal remains pending, the Court does not have jurisdiction over any of the relief requested. "Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed." Nat. Res. Def. Council, Inc. v. Sw. Marine Inc., 242 F.3d 1163, 1166 (9th Cir. 2001). The Court retains only limited jurisdiction to maintain the status quo pending the appeal. See id. The relief Plaintiff seeks through her Motions is also the subject of her appeal and/or is beyond the Court's limited jurisdiction to maintain the status quo. The Court does not have jurisdiction to award the relief Plaintiff seeks. The Court therefore DENIES the Motions.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated January 4, 2022.

Marsha J. Pechman
United States Senior District Judge